In the Matter of Proving the Last Will and Testament of FRANK HALL, Deceased, as a Will of Real and Personal Property. IRVING TRUST COMPANY, Proponent, Appellant, and BANK OF NEW YORK and Others, as Committee, etc., Appearing

Specially, Appellants; Frank J. Hall and Others, Contestants, Respondents.—
Order unanimously affirmed, with twenty dollars costs and disbursements to the
respondents. No opinion. The date for the examination to proceed to be fixed
in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Town-
ley, Glennon and Untermyer, JJ.